105 A.3d 661

**Joseph J. WALDRON, III, Petitioner**

v.

**Jay S. FRIEDENBERG, Magisterial District Judge, Respondent.**

**No. 166 MM 2014.**

Supreme Court of Pennsylvania.

Dec. 11, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 11th day of December, 2014, the Application for Leave to File Original Process is **GRANTED,** the Petition for Writ of Mandamus is **DENIED,** and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.